Name and address:

Katherine Butts Warwick (Bar No. 118977)
67 East Las Flores Drive
Altadena, California 910012
213-346-9067 telephone
213-346-9069 facsimile



# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HILDA L. SOLIS, Secretary of Labor, United States Department of Labor<br><br>Plaintiff(s)<br><br>v.<br><br>RICHARD ALAN SCHOENFELD<br><br>Defendant(s). | CASE NUMBER:<br><br>12-cv-00618-SJO-AGRx<br><br>ORDER ON<br>REQUEST FOR APPROVAL OF<br>SUBSTITUTION OF ATTORNEY |

The Court hereby orders that the request of:

__RICHARD ALAN SCHEONFELD__   ☐ Plaintiff  ☑ Defendant  ☐ Other _____
*Name of Party*

to substitute __Katherine Butts Warwick__ who is

☑ Retained Counsel   ☐ Counsel appointed by the Court (Criminal cases only)   ☐ Pro Se

__67 East Las Flores Drive__
*Street Address*

__Altadena, California 91001__                __kbwesq@pacbell.net__
*City, State, Zip*                             *E-Mail Address*

__213-346-9067__            __213-346-9069__            __118977__
*Telephone Number*          *Fax Number*                *State Bar Number*

as attorney of record in place and stead of __Richard Alan Schoenfeld, in pro per__
*Present Attorney*

is hereby   ☑ GRANTED    ☐ DENIED

Dated __4/21/12__

/s/ S. J. Cox
U. S. District Judge/U.S. Magistrate Judge

**NOTICE TO COUNSEL:** IF YOU ARE CURRENTLY ENROLLED IN THE OPTICAL SCANNING PROGRAM AND HAVE CHANGED YOUR E-MAIL ADDRESS SINCE YOUR ENROLLMENT, YOU MUST COMPLETE AN ENROLLMENT/UPDATE FORM (G-76) TO ENSURE THAT DOCUMENTS ARE SERVED AT THE PROPER E-MAIL ADDRESS. THIS FORM, AS WELL AS INFORMATION ABOUT THE OPTICAL SCANNING PROGRAM IS AVAILABLE ON THE COURT'S WEBSITE AT WWW.CACD.USCOURTS.GOV.

G-01 ORDER (06/05)     ORDER ON REQUEST FOR APPROVAL OF SUBSTITUTION OF ATTORNEY